## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**IN RE: Edwin Milton Helquist, Jr. & Cathy Lou Helquist**       Case No. 06-31174-DOT
    Chapter 13 Debtors

## <u>MEMORANDUM OPINION</u>

Hearing was held on July 18, 2007, on objections by the Office of the United States

Trustee, and by the chapter 7 trustee, Robert Hyman, to the Boleman Law Firm's supplemental

applications for compensation and expense reimbursement in the above case.  The chapter 7

trustee objects primarily to the number of copies made in the Helquist case only, and his

objection will be dealt with in this opinion. The U.S. Trustee's objection will be dealt with in a

separate opinion.  For the reasons set forth below, the court will reduce the expense

reimbursement allowed in this case.  A separate order will be entered.

<u>Chapter 7 Trustee Objection Applicable to Helquist Case Only</u>

The chapter 7 trustee objected to the number of copies made in Helquist, along with the

cost of that volume of copies.  The trustee suggested at the hearing an allowance of copy

expenses equating to 32 copies per creditor, for a total reimbursement of $750.00, rather than the

$1,102.87 which is being requested in the application after the voluntary reduction.  From the

application, it appears that 8,823 copies were made in this case.  The case had a large number of

creditors, with 92 parties listed on the service list.

The case involved the filing of four plans or modified plans, along with a motion to

extend the automatic stay and a motion to sell real property.  Each of these large documents must

be sent to all creditors.  The first 8-page[1] plan was filed on May 16, 2006, followed by a 7-page

amended plan on June 14, 2006.  That plan was confirmed.  A motion to extend the automatic

stay, consisting of 13 pages, was filed on June 1, 2006.  A motion to sell real property, consisting

of 9 pages, was filed on August 21, 2006.  An 8-page amended plan was filed on February 20,

2007, followed immediately by a corrected 8-page plan filed on February 21, 2007, which was

likewise confirmed.  The February 20 plan listed $45.00 as the monthly payment, whereas the

February 21 plan corrected this typographical error and listed $345.00 as the monthly payment.

The total plan funding amount remained the same across the two plans, and no other changes

appear to have been made.  The total copies made for these six documents in the case thus should

have been approximately 8+7+13+9+8+8 = 53 original pages, x 92 parties = 4,876 copies.

Therefore, it appears that the majority of the 8,823 copies made in this case were for these six

filings out of 61 docket entries.  Given that a typographical error on an amended plan required

re-sending an 8 page document to 92 parties, the court believes that these 736 pages should not

be reimbursed because they reflect administrative error.  Therefore, at the modified rate of

$0.125 per page, the amount requested for reimbursement will be reduced by $92.00.

The court will allow the expense reimbursement, as discussed in the opinion dealing with

the U.S. Trustee's objection, at the rate of $0.125 per copy for all 8,823 images, less $92.00 in

charges for the corrected amended plan.  Therefore, a separate order will be entered allowing

$1,010.87 in reimbursement for copies made in this case, which, added to other unpaid expenses

yields a total reimbursement of $1,101.57.

---

[1] The number of pages counted for each document excludes the pages of the creditor matrix, which the court
presumes are not copied.

SIGNED:  Aug 10 2007


/s/ Douglas O. Tice Jr.
DOUGLAS O. TICE JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:   Aug 10 2007

Copy to:
Edwin Milton Helquist, Jr.
Cathy Lou Helquist
18907 Carter Road
Dinwiddie, VA 23841
*Debtors*

Mark C. Leffler
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
*Counsel to Debtors*

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780
*Chapter 13 Trustee*

Robert B. Van Arsdale
Office of the U. S. Trustee
600 East Main Street, Suite 301
Richmond, VA 23219
*Assistant United States Trustee*